703 A.2d 15

COMMONWEALTH of Pennsylvania, Respondent,

v.

Guy Thomas GRAZIER, Petitioner.

No. 0124 W.D. Allocatur Docket 1997.

Supreme Court of Pennsylvania.

Nov. 10, 1997.

Guy T. Grazier, pro se.

PER CURIAM.

AND NOW, this 10th day of November, 1997, we GRANT the Petition for Allowance of Appeal limited to the issue of whether the Superior Court erred by failing to decide Petitioner's two Petitions to Proceed Pro Se by referring them to his counsel. The matter is to be submitted on briefs. We also GRANT Petitioner's Petition to Proceed Pro Se, and GRANT the Petition for Leave to Withdraw of Fred Baxter, Esquire.